PROB 12C
(REV. 12/04)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**F I L E D**

NOV  2 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Jaime Mora-Delgado                    Case Number:   DR: 18-CR-02095(1)-AM

Name of Sentencing Judicial Officer:   Honorable Alia Moses, United States District Judge

Date of Original Sentence:   July 30, 2019

Original Offense:   Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324

Original Sentence:   Six (6) months imprisonment, followed by a three (3) year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced:   April 16, 2020

Assistant U.S. Attorney:   Todd R. Keagle          Defense Attorney:   Juan Neri, III

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒  To issue a warrant
☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 7: If this judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of this judgement.**<br><br>Jaime Mora-Delgado failed to pay his $1, 500 fine at a rate of $60 per month for the months of June 2020, July 2020, and September 2020, in accordance with the Schedule of Payments sheet. There is a remaining balance of $1, 450. |

Jaime Mora-Delgado
DR:18-CR-02095(1)-AM
October 29, 2020
Page 2

2.          **Standard Condition No. 3:** **The defendant shall now knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court.**

According to a U.S. Customs and Border Protection Officer, contact was made with Jaime Mora-Delgado on September 20, 2020, at the Mariposa Port of Entry in Nogales, Arizona.

According to a U.S. Customs and Border Protection Officer, contact was made with Jaime Mora-Delgado on September 28, 2020, at the DeConcini Port of Entry in Nogales, Arizona.

According to a U.S. Customs and Border Protection Officer, contact was made with Jaime Mora-Delgado on October 12, 2020, at the Mariposa Port of Entry in Nogales, Arizona.

Mr. Mora-Delgado left the Western District of Texas without permission from the Court on all three dates listed above.

3.          **Standard Condition No. 9:** **If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.**

Mr. Mora-Delgado failed to notify the probation officer within 72 hours of being questioned by a law enforcement officer on or about September 20, 2020, September 28, 2020, and October 12, 2020.

**U.S. Probation Officer Recommendation:** On April 16, 2020, Jaime Mora-Delgado commenced his three (3) year term of supervised release. Mr. Jaime Mora-Delgado has disregarded his conditions of supervised release, in that he traveled outside of the Western District of Texas on three dates, failed to make monthly payments towards his fine, and failed to notify the probation officer of being questioned by a law enforcement officer within 72 hours.

Due to the noted violations, it is respectfully recommended Jaime Mora-Delgado's term of supervised release be revoked.

☒ The term of supervision should be
   ☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

   ☐ extended for __ years, for a total term of __ years.

☐ The conditions of supervision should be modified as follows:

Jaime Mora-Delgado
DR:18-CR-02095(1)-AM
October 29, 2020
Page 3

Approved:                                          Respectfully submitted,

_____                   _____
Arthur R. Galvan                                   Monica Rodriguez
Supervising U.S. Probation Officer                 U.S. Probation Officer
Telephone:  (210) 472-6590, Ext.  5315             Telephone:  (210) 472-6590, Ext.  5341
                                                   Date:  October 29, 2020

Approved:

_____ for
Jody-Ann Gilzene
Assistant U.S. Attorney

cc:    Brenda Trejo-Olivarri
       Assistant Deputy Chief U.S. Probation Officer

_____

THE COURT ORDERS:

☐  No action.

☑  The issuance of a WARRANT.  Bond is set in the amount of $ _____ cash/surety with supervision
   by the United States Probation Office to continue as a condition of release.

☐  The issuance of a SUMMONS.

☐  Other _____

                                        _____
                                        Honorable Alia Moses
                                        U.S. District Judge
                                        _____
                                        Date